NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| PARTNERS IMAGING HOLDINGS,<br>LLC, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 2D19-1620 |
| GRIFFIN DEVELOPMENT, LLC, and<br>PARTNERS IMAGING CENTER OF<br>EAST SARASOTA, LLC, | ) ) ) ) | |
| Respondents. | ) ) ) | |

Opinion filed October 18, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Sarasota County;
Maria Ruhl, Judge.

Heather A. DeGrave and Stuart Jay Levine
of Walters Levine Lozano & DeGrave,
Tampa, for Petitioner.

David A. Wallace and Amanda R. Kison
of Bentley & Bruning, P.A., Sarasota,
for Respondent Griffin Development, LLC.

No appearance for remaining Respondent.


PER CURIAM.


        Denied.

SILBERMAN, MORRIS, and SMITH, JJ., Concur.